PROVIDED TO HAMILTON CI
MAR 20 2023
RECEIVED BY ___ FOR MAILING

Jay Duran
M91310

Approx 10:15 am 3-18-23 while assigned to H 2110 C-O E. Harper came and pulled me and my bunky out my cell and searched. He made threats. One of the threats was that he was going to print out the paper work that states I snitched on the bloods at another institution and give it to the bloods at this institution. He also said he's going to get my man hood taken away. And the officer I originally got a problem with R. Ivey said a similar threat. I am in fear here at Hamilton Annex. I am close to going home, but is not looking good for me. At one of the last institution officer J. Finney broke my two front teeth, my bunky at that institution is a witness. Officer R. Ivey placed me in the box. I am writing them up, but I need help. I am not safe in this region. My life is in danger. E. Harper also been not allowing me to eat. I will not be a victim! I need help to get home safe. Please! My safety is not promised in the region. Right now I don't feel like I'm going to make it home.

FILED 2023 MAR 23 AM 10: 43 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

Jay Duran
12394 SW 94th LN
Miami, FL 33186